FRANK LICATA, APPELLANT, v. NEW JERSEY STATE BOARD OF TAX APPEALS, RESPONDENT.

Submitted February 16, 1934—Decided May 4, 1934.

For the appellant, *Samuel Morris.*

For the respondent, *William A. Stevens,* attorney-general.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 13.

*For reversal*—None.